UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

AENON V. JOHNSON and
PAULA A. JOHNSON,

Case No.05-40467

Debtor(s)  /

## ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by CITICORP, NA on behalf of Citifinancial Services, Inc. for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $6,931.44 be disbursed to CITICORP, NA, c/o Kathleen S. Allen, 3800 Citigroup Center, G3-4, Tampa, FL 33610.

DONE and ORDERED at Tallahassee, Florida, this **1st** day of February, 2008.

LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
CITICORP, NA, Creditor
AENON V. and PAULA A. JOHNSON, Debtors
KATHRYN A. HATHAWAY, Attorney for Debtors
LEIGH D. HART, Chapter 13 Trustee

BANKRUPTCY COURT
NORTHERN FLA
TALL

2008 FEB -1  AM 8: 12

FILED