UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

AENON V. JOHNSON and
PAULA A. JOHNSON,

Case No. 05-40467

_____ Debtor(s) /

## ORDER DENYING APPLICATION FOR PAYMENT OF FUNDS

THIS MATTER came before the Court on the Application for the Recovery of Unclaimed Funds filed on February 8, 2008 by Dilks & Knopik, LLC, attorney-in-fact for Resurgent Capital Services, LP. Funds held on behalf of Citifinancial were paid to claimant pursuant to this Court's order entered on February 1, 2008. Therefore, it is

ORDERED and ADJUDGED that the Application for Recovery of Unclaimed Funds is DENIED.

DONE and ORDERED at Tallahassee, Florida, this 26th day of February, 2008.

LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
All parties in interest

BANKRUPTCY COURT
NORTHERN DIST FLA
TALL

2008 FEB 26  AM 10: 37

FILED

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1129-4          User: dcook              Page 1 of 1              Date Rcvd: Feb 26, 2008
Case: 05-40467                Form ID: pdf002          Total Served: 11

The following entities were served by first class mail on Feb 28, 2008.
db          +Aenon V. Johnson,    POB 8001,    Thomasville, GA 31758-8001
jdb         +Paula A. Johnson,    POB 8001,    Thomasville, GA 31758-8001
aty         +Brian J. Dilks,    Dilks & Knopik, LLC,    POB 2728,    Issaquah, WA 98027-0125
cr           Citifinancial,    c/o Citifcorp, NA,    Attn: Kathleen S. Allen,    3800 Citigroup Center,    G3-4,
              Tampa, FL  33610
cr           Focus Credit Union,    c/o Chad D. Heckman,    Post Office Box 4128,    Tallahassee, FL  32315-4128
cr          +Mortgage Electronic Registration Systems, Inc.,    (GMAC MORTGAGE),
              Law Offices of David J. Stern P.A.,    c/o Steve M. Bimston, Esq.,
              801 S. University Dr., Suite 500,    Plantation, FL 33324-3367
cr          +c/o Dilks & Knopik, Resurgent Capital Services, LP,    Attn: Brian J. Dilks, Managing Member,
              PO Box 2728,    Issaquah, WA 98027-0125
852855      +CitiFinancial,    605 Munn Road,    Fort Mill, South Carolina 29715-8421
868491       CitiFinancial Auto,    PO Box 1472,    Minneapolis, MN 55440-1472
852854      +Citifinanc,    4480 Lafayette St,    Marianna, FL 32446-3441

The following entities were served by electronic transmission on Feb 27, 2008.
cr           E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Feb 27 2008 05:17:38      Roundup Funding, LLC,
              MS 550,    PO Box 91121,    Seattle, WA  98111-9221
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 28, 2008**                    **Signature:**   _Joseph Speetjens_